IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DIRECTV, INC., :

        Plaintiff, : Case No. 2:04-cv-873

:

v. : Judge Sargus

:

Robert Ward, : Magistrate Judge Abel

:

        Defendant. :

**Order**

Plaintiff DIRECTV, Inc. ("DIRECTV") brings this action under the Federal Communications Act of 1934 ("FCA"), 47 U.S.C. § 605, the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201-1205, and the Electronic Communications Privacy Act ("ECPA"), 18 U.S.C. § 2510 et seq. This matter is before the Court on plaintiff DIRECTV's December 14, 2004 motion for default judgment against Robert Ward (doc. 6). A hearing was held on March 11, 2005 regarding plaintiff's motion for default judgment; defendant Robert Ward failed to appear, and he has not filed objections to Magistrate Judge Abel's March 16, 2005 Report and Recommendation that plaintiff DIRECTV's motion for default judgment be granted.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **GRANTS** plaintiff DIRECTV's motion for default judgment.

The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for plaintiff DIRECTV and against defendant Robert Ward in the amount of $71,296.00. This action is hereby

**DISMISSED.**

5-25-2005
Edmund A. Sargus, Jr.
United States District Judge